1

☐ PROBATION VIOLATOR
   (Cases of Appellant)

IN THE CIRCUIT COURT, **SECOND**
JUDICIAL CIRCUIT, IN AND FOR

**LEON** COUNTY, FLORIDA

DIVISION **FELONY**

CASE NUMBER **90-2795AF**

3-15-91

STATE OF FLORIDA

—vs—

**DONALD DAVID DILLBECK**
Defendant

# JUDGMENT

The Defendant, **DONALD DAVID DILLBECK**, being personally before this

Court represented by **R. MURRELL**, his attorney of record, and having:

(Check Applicable
Provision)

☒ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| 1 | MURDER – FIRST DEGREE | 782.04(1) | CAPITAL FEL. | 90-2795AF |
| 2 | ARMED ROBBERY | 812.13(2A) | FEL. 1 | 90-2795AF |
| 3 | ARMED BURGLARY | 810.02(2B) | FEL. 1 | 90-2795AF |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

••••••••••••••••••••••

The Defendant is hereby ordered to pay the sum of $20.00 pursuant to F.S. 960.20 (Crimes Compensation Trust Fund). The Defendant is further ordered to pay the sum of $3.00 as a court cost pursuant to F.S. 943.25(4).

☐ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S. 943.25(8).
(This provision is optional: not applicable unless checked).

(Check if Applicable)

☐ The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $_____.

RCVD USDC FLND TL
JAN 25 '23 PM 3:25

Copy

Bob

Page 1 of _____

3154

| Imposition of Sentence Stayed and Withheld (Check if Applicable) | ☐ | The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order.) |
|---|---|---|
| Sentence Deferred until Later Date (Check if Applicable) | ☐ | The Court hereby defers imposition of sentence until _____ (date) |

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

_____
JUDGE

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____  LCSD  _____

Name and Title

DONALD DAVID DILLBECK

DONE AND ORDERED in Open Court at _____ LEON _____ County, Florida, this ____15th____ day of ___March___, A.D. 19 91. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, ___DONALD DAVID DILLBECK___ and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

3155

2

Defendant ___DONALD DAVID DILLBECK___

Case Number ___90-2795AF___

# SENTENCE

(As to Count _____1_____)

The Defendant, being personally before this Court, accompanied by his attorney, ___R. MURRELL___
_____and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity
to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law,
and no cause being shown,

☐ and the Court having on _____ deferred imposition of sentence
until this date.                              (date)

*(Check either provision*    ☐ and the Court having placed the Defendant on probation and having subsequently revoked the
*if applicable)*                  Defendant's probation by separate order entered herein,

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____ plus $_____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida
   (Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of ___Death___
☐ For an indeterminate period of 6 months to _____ years.

☐ Followed by a period of _____ on probation under the supervision of the Depart-
   ment of Corrections according to the terms and conditions of probation set forth in a separate
*If "split" sentence*         order entered herein.
*complete either of*   ☐ However, after serving a period of _____ imprisonment in
*these two paragraphs*       the balance of such sentence shall be suspended and the Defendant shall be placed on
                             probation for a period of _____ under supervision of the Department of Corrections
                             according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

*Firearm — 3 year*      ☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed
*mandatory minimum*        for the sentence specified in this count, as the Defendant possessed a firearm.

*Drug Trafficking —*    ☐ It is further ordered that the _____ year minimum provisions of F.S. £93.135(1)( )( )
*mandatory minimum*        are hereby imposed for the sentence specified in this count.

*Retention of*          ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any
*Jurisdiction*             Parole Commission release order for the period of _____ The requisite findings by
                           the Court are set forth in a separate order or stated on the record in open court.

*Habitual Offender*     ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in
                           this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by
                           the court are set forth in a separate order or stated on the record in open court.

*Jail Credit*           ☐ It is further ordered that the Defendant shall be allowed a total of _____ days
                           credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit
                           reflects the following periods of incarceration (optional):

*Consecutive/Concurrent*   It is further ordered that the sentence imposed for this count shall run ☐ consecutive
                           to ☐ concurrent with (check one) the sentence set forth in count _____ above.

3156



2

Defendant   DONALD DAVID DILLBECK

Case Number ____ 90-2795AF

# SENTENCE

(As to Count _____ 2 _____.)

The Defendant, being personally before this Court, accompanied by his attorney, _____ R. MURRELL _____

and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

*(Check either provision if applicable)*

☐   and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

☐   and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐   The Defendant pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒   The Defendant is hereby committed to the custody of the Department of Corrections
☐   The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☒   For a term of Natural Life
☐   For a term of _____
☐   For an indeterminate period of 6 months to _____ years.

*If "split" sentence complete either of these two paragraphs*

☐   Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐   However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

*Firearm — 3 year mandatory minimum*
☐   It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

*Drug Trafficking — mandatory minimums*
☐   It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

*Retention of Jurisdiction*
☐   The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

*Habitual Offender*
☐   The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

*Jail Credit*
☐   It is further ordered that the Defendant shall be allowed a total of _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

*Consecutive/Concurrent*
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

3157

Form _____

2

Defendant   DONALD DAVID DILLBECK

Case Number   90-2795AF

# SENTENCE

(As to Count _____ 3 _____)

The Defendant, being personally before this Court, accompanied by his attorney,   R. MURRELL

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

*(Check either provision if applicable)*

☐   and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

☐   and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐   The Defendant pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒   The Defendant is hereby committed to the custody of the Department of Corrections

☐   The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida
*(Name of local corrections authority to be inserted at printing, if other than Sheriff)*

To be imprisoned (check one: unmarked sections are inapplicable)

☒   For a term of Natural Life

☐   For a term of _____

☐   For an indeterminate period of 6 months to _____ years.

*If "split" sentence complete either of these two paragraphs*

☐   Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐   However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

*Firearm — 3 year mandatory minimum*   ☐   It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

*Drug Trafficking — mandatory minimum*   ☐   It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

*Retention of Jurisdiction*   ☐   The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

*Habitual Offender*   ☐   The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

*Jail Credit*   ☐   It is further ordered that the Defendant shall be allowed a total of _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

*Consecutive/Concurrent*   It is further ordered that the sentence imposed for this count shall run ☒ consecutive to ☐ concurrent with (check one) the sentence set forth in count ____2____ above.

3158

3

Defendant ___DONALD  DAVID  DILLBECK___

Case Number ___90-2795AF___

Consecutive/Concurrent
As to other convictions)

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:

☐ Any active sentence being served.

☐ Specific sentences: _____

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of ___LEON___ County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of his Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends _____

_____

_____

_____

_____

DONE AND ORDERED In Open Court at ___LEON___ County, Florida, this _15th_ day of ___MARCH___ A.D., 19 _91_.

_____
JUDGE

3159



Office of the Attorney General
Capital Appeals Division
PL-01, The Capitol
Tallahassee, FL 32399-1050

The Honorable Jessica Lyubianovits, Clerk
United States Courthouse
111 N. Adams St.
Tallahassee, Florida 32301